**Order filed May 6, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00731-CV
_____

### SABRINA TAYLOR, Appellant

### V.

### THE HARDFORD INSURANCE OF MIDWEST, Appellee

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2011-57408**

## O R D E R

Appellant's brief was due April 23, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **June 6, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM